FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>$26,516.45 U.S. FUNDS,<br><br>                    Defendant. | NO:  2:21-CV-42-RMP<br><br>ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is Plaintiff's Motion for Default Judgment and Final Order of Forfeiture.  ECF No. 11.

Plaintiff alleged in a Verified Complaint for Forfeiture *In Rem* that the Defendant property captioned above is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).  ECF No. 1.

The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under the same statute.

The Defendant property being sought for forfeiture is described as follows:

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE ~ 1

$26,516.45 U.S. funds from the sale of 200 Viewmont Dr. SE, Moses Lake, WA, held in escrow by Stewart Title Company in Stewart Trust, Escrow File #:801297

ECF No. 1 at 2.

On January 27, 2021, the United States Secret Service executed the Warrant of Arrest *In Rem*.  ECF No. 5.

On or about February 5, 2021, all known and potential claimants were provided notice of this civil forfeiture action.  ECF No. 6.

On February 18, 2021, through March 19, 2021, notice of forfeiture was posted on an official government website, www.forfeiture.gov.  ECF No. 7.

On April 22, 2021, a Clerk's Order of Default were entered against Derek Smith.  ECF No. 10.

No timely claims to the Defendant property have been received or filed with the Court, and the deadline for filing timely claims has passed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, **ECF No. 11, is GRANTED.**

2. A default judgment is entered against the interest of Derek Smith.

3. The Defendant property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the United States Secret Service shall dispose of the forfeited property described herein in accordance with law.

ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE ~ 2

The Court shall retain jurisdiction in the case for the purpose of enforcing or amending this Order.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment as directed, provide copies to counsel, and **close this case**.

**DATED** April 23, 2021.

                          *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                           United States District Judge